

NUMBER 13-10-00303-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LAWRENCE FIELDS, JR.,                                                        Appellant,

v.

VIP CAR WASH,                                                                  Appellee.

On appeal from the County Court at Law
of San Patricio County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Yañez and Garza
### Memorandum Opinion Per Curiam

Appellant, Lawrence Fields, Jr., perfected an appeal from a judgment entered by the County Court at Law of San Patricio County, Texas, in cause number 9164. Appellant has filed a motion to dismiss the appeal on grounds that he no longer wishes to pursue this appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
29th day of July, 2010.